HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CALEB MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-mj-00132-SAB |
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| CALEB MARTINEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the defendant having been sentenced on December 24, 2014, is released from the custody of the United States Marshal as of December 24, 2014.

IT IS FURTHER ORDERED THAT the defendant shall self-surrender for his sentence on or before 2:00 p.m. on January 15, 2015 at Lerdo Jail in Kern County.  A failure of the defendant to appear by that date and time will result in a warrant for his arrest as well as subject himself to a new and separate charge for failing to appear for his sentence.

IT IS SO ORDERED.

Dated:   **December 24, 2014**

UNITED STATES MAGISTRATE JUDGE

1