# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALEB W. F. MARTINEZ,<br><br>　　　　　　Defendant. | Case No. 1:13-mj-00132-SAB<br><br>ORDER RE: REQUEST FOR SENTENCING DATE<br><br>(ECF No. 32) |

　　　　On January 27, 2015, Defendant Caleb W.F. Martinez ("Defendant") filed a Request for February 2, 2015 Sentencing Date. (ECF No. 32.) Defendant requests that the Court schedule a sentencing hearing on February 2, 2015.

　　　　Defendant's request appears to misconstrue the procedural posture of this action. On December 24, 2014, Defendant was sentenced to a 45 day term of imprisonment for charges stemming from Defendant's violation of the terms of his probation. Defendant appealed the sentence, but the appeal was subsequently withdrawn. In a January 16, 2015 order, District Judge Lawrence J. O'Neill remanded this matter with instructions that the undersigned provide a "clarification of whether the Court considered pending state charges in determining the sentencing, and if so, the legal authority for doing so," and "[a]n articulation of the reasons for the sentencing it ordered." The January 16, 2015 order noted that the undersigned was not precluded from resentencing Defendant, but the order did not require any resentencing.

Defendant's January 27, 2015 request appears to presume that Defendant will be resentenced. However, the request fails to articulate any legal basis for a resentencing. Accordingly, it is the Court's intent to comply with the January 16, 2015 order and provide further clarification and an articulation of the basis for the original 45 day sentence, rather than resentence Defendant. If Defendant requests a resentencing, he may make a proper request which demonstrates grounds for a resentencing. If he intends the Court to consider any legal authority then he should file such legal authority to the Court by close of business on Wednesday, January 28, 2015 with service on the United States. The Defendant may present any such argument at the hearing on calendar in this matter for January 29, 2015. However, Defendant may not simply presume the Court will resentence Defendant and ask for a resentencing date. Since Defendant's request identifies no reasons or legal basis for resentencing, it will be denied without prejudice.

Accordingly, it is HEREBY ORDERED that Defendant's January 27, 2015 request is DENIED without prejudice. (ECF No. 32.)

IT IS SO ORDERED.

Dated:   **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE

2