HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CALEB W.F. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00132-SAB |
| Plaintiff, | **STIPULATION TO RESENTENCING ON MARCH 23, 2015, AT 3:00 P.M.** |
| vs. | |
| CALEB W.F. MARTINEZ, | Date:  March 23, 2015 |
| Defendant. | Time:  3:00 p.m.<br>Judge:  Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Grant Rabenn, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Caleb W.F. Martinez, that this matter be set for a resentencing hearing on March 23, 2015, at 3:00 p.m. in Courtroom 9, before United States Magistrate Judge Stanley A. Boone.  Mr. Martinez agrees that by consenting to this resentencing hearing, he is precluded from later claiming that the Court's decision to resentence him constitutes procedural error.

//

//

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: January 30, 2015        */s/ Grant Rabenn*
                              GRANT RABENN
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: January 30, 2015        */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              CALEB W.F. MARTINEZ


**O R D E R**

**IT IS SO ORDERED.** The matter is set for a resentencing hearing on March 23, 2015, at 3:00 p.m. Mr. Martinez is ordered to appear at the resentencing hearing.

IT IS SO ORDERED.

Dated:  **January 30, 2015**

                              UNITED STATES MAGISTRATE JUDGE