HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CALEB W.F. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-mj-00132-SAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE SELF-SURRENDER DATE; ORDER |
| CALEB W.F. MARTINEZ, | ) | |
| Defendant. | ) | ***EMERGENCY RELIEF REQUESTED*** |

Defendant Caleb W.F. Martinez, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby requests that the Court continue his self-surrender date from June 15, 2015, to June 29, 2015, at 2:00 p.m. Earlier this week, Mr. Martinez's relationship with his girlfriend ended. As a result, he lost his housing and assistance with transportation. Mr. Martinez would like to get situated, including setting up housing, before his term of custody commences. Accordingly, he requests that the Court continue his self-surrender date for two weeks.

///

///

///

///

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 12, 2015 | By: */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CALEB W.F. Martinez |

**O R D E R**

**IT IS SO ORDERED.** Defendant shall surrender to the United States Marshal at 2:00 p.m. on June 29, 2015. Defendant shall report to the United States Marshal Service at 2500 Tulare Street, Fresno, California, or to such other location as directed by the United States Marshal.

IT IS SO ORDERED.

Dated: **June 12, 2015**

UNITED STATES MAGISTRATE JUDGE