# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:13-mj-00132-SAB |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **UNSUPERVISED PROBATION** |
| CALEB MARTINEZ, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** **Driving without a license, in violation of 36 CFR 4.2**

**Sentence Date:** May 8, 2015

**Review Hearing Date:** March 3, 2016

**Probation Expires On:** May 6, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $320

☒ Payment schedule: $35 per month beginning June 15, 2015

☒ Community Service hours Imposed of: 28 Hours

☒ Other Conditions: 30 days custody

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 330.00
  ☒ If not paid in full when was last time payment:   Date: January 20, 2016
                                                      Amount: 60.00

☒ To date, Defendant has completed the full 28 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant self-surrendered and served 30 days as ordered

**<u>GOVERNMENT POSITION:</u>**

☐     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

The government has been unable to respond to this report due to counsel being out of the office, and has indicated that it is in agreement with the defendant providing a copy to the court without the government's input.

Government Attorney:

**<u>DEFENDANT'S REQUEST (OPTIONAL):</u>**

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 3/3/2016 at 10:00 a.m.

        ☒     be continued to May 5, 2016 at 10:00 a.m.

        ☐     be vacated.

☒     In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.


DATED: 3/1/2016                            */s/ Megan Hopkins*
                                                   DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED.  The Court orders that Choose an item.

☒     DENIED as the status report was not submitted timely.


IT IS SO ORDERED.

Dated:    **March 2, 2016**                       _/s/_
                                                   UNITED STATES MAGISTRATE JUDGE