# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:**   CALEB MARTINEZ                              **Docket Number:**   1:13MJ00132 SKO

**Name of Judicial Officer**:   United States Magistrate Judge Sheila K. Oberto

**Date of Original Sentence:**   12/19/2013

**Original Offense:** 36 C.F.R. 4.12, Failure to Comply With the Directions of Traffic Control Device; 36 C.F.R. 4.2 and CVC 14601.1(a), Driving With a Suspended Driver's License; and 36 C.F.R. 4.2 and CVC 12500(a), Driving Without a Valid Driver's License

**Original Sentence:**  12 months unsupervised probation to expire on December 19, 2014, $30 special assessment, $500 fine

**Special Conditions:**   1) The defendant shall obey all federal, state and local laws; 2) The defendant shall pay a penalty assessment in the amount of $30 within 30 days from the date of sentencing; 3) The defendant shall pay a total fine in the amount $500 in equal $50 monthly payments to commence on January 1, 2014; 4) The defendant shall complete 60 hours of community service no later than October 1, 2014; and 5) Review Hearing set for October 16, 2014, 11:00 am before Magistrate Judge Stanley A. Boone.

**Type of Supervision:**   Unsupervised by Probation Office

**Date Supervision Commenced:**   12/19/2013

**Other Court Actions:**

**12/11/2014:** The Court was notified that the defendant had failed to pay his fines and also failed to complete his community service hours. Furthermore, the defendant failed to appear at a review hearing on October 16, 2014. The offender was ordered to serve 45 days in custody.

| Charge Number | Nature of Violation |
|---|---|
| 1. | On April 22, 2015, the offender was convicted of a misdemeanor violation of California Penal Code Section 148.9(a), False Identification to a Peace Officer. The offender was sentenced to 26 days jail, $270 fine and 24 months summary probation under Tulare County Superior Court Docket Number VCM311298. He was initially arrested for this offense on December 22, 2014. |

RE: CALEB MARTINEZ                                    Docket Number: 1:13MJ00132 SKO

2. On June 25, 2015, the defendant was convicted of a misdemeanor violation of California Penal Code Section 243(e)(1), Spousal Battery. The offender was sentenced to 20 days jail, $765 fine and 48 months summary probation under Tulare County Superior Court Docket Number VCM319625. He was initially arrested for this offense on June 5, 2015.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   **April 6, 2016**
                              **Fresno, California**

Respectfully submitted,
**/s/  Tim D. Mechem**

**DATED:**   4/6/2016

**TIM  MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

Reviewed by,
**/s/ Brian J. Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐   Submit a Request for Modifying the Condition or Term of Supervision

X   Submit a request for Warrant or Summons but hold until April 7, 2016 at 10:00 a.m. hearing.

☐   Other

IT IS SO ORDERED.

Dated:   **April 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

CC:
United States Probation
Assistant United States Attorney
Defense Counsel