McGREGOR W. SCOTT
United States Attorney
MICHAEL TIERNEY
Assistant U.S. Attorney
DARIN ROCK
Special Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-00132-SAB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER PLACING DEFENDANT INTO DETENTION |
| CALEB W.F. MARTINEZ | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, Special Assistant United States Attorney Darin Rock, counsels for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant, Caleb W.F. Martinez, that defendant be detained as a flight risk under 18 U.S.C. § 3142(e)(1).

The parties agree that the defendant failed to appear at the review hearing on May 4, 2017 (DE 63), and also failed to appear for a review hearing on November 20, 2014 (DE 17). Bench warrants were issued for each non-appearance. Id. The defendant also failed to appear for a sentencing hearing on April 16, 2015 (DE 46), but that non-appearance was later excused given that defendant was in state custody at the time of the hearing (DE 47).

On April 26, 2018, Martinez was taken into custody on the warrant related to the May 2017 failure to appear. At a brief telephonic conference on April 30, 2018, the United States requested the defendant's detention and defense counsel agreed to stipulate to the defendant's detention.

Accordingly, defendant should remain detained should continue to be detained since he

1

continues to be a flight risk under 18 U.S.C. 3142.

DATED: April 30, 2018

By: /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
Caleb W.F. Martinez

DATED: April 30, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Darin Rock
DARIN ROCK
Special Assistant U.S. Attorney

IT IS SO ORDERED. The defendant is ORDERED DETAINED.

IT IS SO ORDERED.

Dated: **May 1, 2018**

UNITED STATES MAGISTRATE JUDGE